

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00603-CV

HARRIS COUNTY APPRAISAL DISTRICT, Appellant

V.

GRACE BUSINESS INVESTMENTS, LLC, Appellee

Appeal from the 55th District Court of Harris County. (Tr. Ct. No. 2014-44533).

This case is an appeal from the final judgment signed by the trial court on July 8, 2015. After due consideration, the Court **grants** the parties' joint motion to reverse and remand for entry of revised judgment. Accordingly, the Court **sets aside** the trial court's judgment and **remands** the case to the trial court for rendition of judgment in accordance with the parties' agreement.

The Court **orders** that the appellant, HARRIS COUNTY APPRAISAL DISTRICT, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 6, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.